MITCHELL and wife *vs.* EHLE and wife.

Where a jury left it to *lot* whether the verdict should be for the plaintiffs or
for the defendants, and the lot eventuated in favor of the defendants, and
the jury found accordingly, the verdict was set aside.

THE jurors in this case, which was an action of slander, after December 5.
an ineffectual attempt to agree on a verdict, left it to *lot* wheth-
er the verdict should be for the plaintiffs or defendants, by
placing ballots in a hat, some marked *prize*, and others being
blank, to be drawn out by the jurors; and if more *prizes* than
blanks were thus drawn out of the hat, it was agreed the ver-
dict should be for the plaintiffs, otherwise for the defendants.
The drawing resulted in favor of the defendants, and the jury
were about to report a verdict in favor of the defendants, when
the constable who attended them put before them a paper, in-
timating that their proceeding was unlawful, and might sub-
ject them to punishment; whereupon the jury agreed that
the balloting should go for nothing, but determined that the
verdict should notwithstanding be for the defendants, and re-
ported accordingly. The plaintiffs moved to set aside the
verdict.

*By the Court,* SUTHERLAND, J. The verdict was manifest-
ly the result of the lottery, and not of the deliberations of the
jury. It must be set aside; costs to abide the event.